United States District Court
Southern District of Texas
**ENTERED**
May 24, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **M-I, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. 4:17-CV-3275** |
| § | |
| **ENVENTIVES, LLC,** *et al*, § | |
| § | |
| **Defendants.** § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Instrument No. 25) of United States Magistrate Judge Christina Bryan signed on April 26, 2018, regarding Instrument No. 13, Defendants' Corrected Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8(a)(1), 9(b), and 12(b)(6).

The Court finds as of May 23, 2018, no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 14 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

**IT IS ORDERED** that Defendants' Corrected Motion to Dismiss pursuant to Federal Rules of Civil Procedure 8(a)(1), 9(b), and 12(b)(6) (Docket entry No. 13) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff is to amend its complaint to include specific facts regarding the citizenship of the members of the limited liability companies, M-I, LLC and Enventives.

**ORDERED, ADJUDGED and DECREED** that United States Magistrate Judge Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

**SIGNED on this the** 24th **day of** May **, 2018, at Houston, Texas.**

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**